LINDSAY *v.* CANNON, executrix, *et al.*

GRICE, Justice.  The only assignment of error being based on the refusal to grant a new trial, the motion therefor containing no grounds except such as insist that it was error to direct the verdict, for various reasons alleged; and it appearing that there was no conflict in the evidence, and that the evidence introduced, with all reasonable deductions and inferences therefrom, demanded the particular verdict as rendered, the judgment refusing a new trial is

*Affirmed. All the Justices concur, except Bell, J., disqualified.*

No. 13127.  FEBRUARY 16, 1940.  REHEARING DENIED MARCH 15, 1940.

*J. N. Peacock* and *R. J. Bacon,* for plaintiff in error.

*S. P. Cain* and *R. A. Bell,* contra.